IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02394-MJW-OES

NANCY OLIPHANT, formerly NANCY DEANE, and
WYRICK G. DEANE,

Plaintiffs,

v.

THE FRANCO MINING COMPANY, et al.,

Defendants,

v.

UNITED STATES OF AMERICA,

Cross/Counter-Claimant.

---

## ORDER GRANTING THE PARTIES' JOINT MOTION TO CONTINUE ADMINISTRATIVE CLOSURE
( Docket No. 62 )

---

THIS MATTER is before the Court on the joint Motion of the Plaintiffs, Nancy Oliphant and Wyrick G. Deane, and Defendant, Cross and Counter-Claimant, the United States of America, requesting that an Order issue continuing the administrative closure of this case, until December 31, 2005, and the Court, being fully advised in the premises and finding good and sufficient grounds therefor,

ORDERS that said Motion shall be, and hereby is, granted. This quiet title action having been held in abeyance pursuant to orders of administrative closure entered on August 7, 2003, and July 14, 2004, has been subject to being opened for good cause on or before July 29, 2005.

Pursuant to this Order, this action will continue to be held in abeyance and administratively closed until December 31, 2005.

DATED: ~~August ____, 2005.~~ July 26, 2005

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2